■ THE PEOPLE OF THE STATE OF NEW YORK v LAWRENCE SNIDER.—Application for writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.)* Concur—Murphy, P. J., Kupferman, Sandler, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v JOHN WILLIAMS.—Application for writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.)* Concur—Kupferman, J. P., Sandler, Asch, Rosenberger and Ellerin, JJ.

■ BLYE v MABSTOA.—Motion granted only wherein it seeks leave to appeal to the Court of Appeals, as indicated, and otherwise denied. Concur—Sandler, J. P., Carro, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v CONRAD GARDNER.—Application for writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.)* Concur—Sandler, J. P., Sullivan, Carro and Milonas, JJ.